UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ERIK WOOD

v.                                             CASE NO.  3:13 CV  938 (JCH)

AUDUBON FINANCIAL BUREAU LLC
DEBT MANAGEMENT PARTNERS, LLC
DOMENICO D'ANGELO

## STIPULATION FOR DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff and defendants stipulate that the complaint herein may be dismissed in accordance with the parties' settlement agreement, without costs or fees to any party.


THE PLAINTIFF

By__/s/ Joanne S. Faulkner___
Joanne S. Faulkner ct04137
123 Avon Street
New Haven CT 06511
(203) 772-0395

DEFENDANTS,

BY:__/s/Claudia A. Baio_____
Claudia A. Baio
Baio & Associates, P.C.
15 Elm Street
Rocky Hill, CT 06067
Tele:. (860) 571-8880
Fax: (860) 571-8853
Federal Bar No. ct04836
Her Attorney
Email: cbaio@baiolaw.com